IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR178 |
| v. | |
| BENJAMIN M. KABOUREK, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Benjamin M. Kabourek's unopposed Motion to Extend Time to Surrender for Service of Sentence (Filing No. 54).

IT IS ORDERED:

1. Defendant Benjamin M. Kabourek's Motion to Extend Time to Surrender for Service of Sentence (Filing No. 54) is granted;

2. Defendant shall report no later than 2:00 p.m. on Thursday, August 22, 2019, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 21st day of June 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge